**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01271-CR

**RUTH BARRADAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63141-U**

## ORDER

The Court **GRANTS** court reporter Peri Wood's December 29, 2014 request for an extension of time to file the reporter's record to the extent that we **ORDER** Ms. Wood to file the complete reporter's record by **FEBRUARY 9, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE